# EXHIBIT B

# Bailey Mirador



**Bailey Mirador** (He/Him) · 3rd

Outreach Lead at Breakline

---
**TODAY**
---

**Bailey Mirador** (He/Him) · 11:25 am

## Build the future of Defense at Vector! (MFG Quality Engineering)

Hi Mike,

I'm reaching out to put a great opportunity on your radar with **Vector** as a **Manufacturing Quality Engineer**. I think your background would be a great fit!

**Vector** is an exciting tech start-up in the defense industry reclaiming U.S. technological superiority by getting cutting-edge tools into the hands of warfighters as quickly and effectively as possible. They are

Write a message…

3:26 

← **Bailey Mirador**   ⋯   ☆

U.S. technological superiority by getting cutting-edge tools into the hands of warfighters as quickly and effectively as possible. They are already on contract with government agencies, moving faster than legacy primes and making waves in programs traditionally locked to billion-dollar incumbents.

This is an awesome opportunity to have an outsized impact at the ground floor as Vector approaches its hyper-growth stage!

Check out their newsletter, the Vector Report, and this badass hype video!

As a **Manufacturing Quality Engineer,** you'll own the function as one of the first Quality/QMS hires

 Write a message…   ➤

product line, including interfacing with the engineering team to ensure all quality standards are being met.

Here's what you need to know:
- Location: **Draper, UT (100% onsite, relo package available!)**
- Comp: Vector is a start-up willing to **pay competitively (base salary + early-stage equity)** for the right folks who are deeply passionate about their mission and ready to help build their company.

Your profile jumped out to me, and I'd love to tell you more about the company (Vector) and our community (BreakLine) if you have 10 minutes for a call later today or tomorrow?

Bailey Mirador
Outreach Lead at Breakline