## **VERIFICATION**

I, Christian Ericson, am the Chief Financial Officer for Red Cat Holdings, Inc. and am authorized to make this verification for and on Plaintiffs' behalf.  I declare that I have read the Verified Complaint and know the contents thereof.  I verify the matters and things set forth in Paragraph Nos. 17-20, 24-68, and 137-185 are true to the best of my knowledge, except as to those matters set forth upon information and belief and, as to those, I believe them to be true; however, in compiling information contained in the Verified Complaint, information has been supplied by others, and I am relying in part upon their representations.

I declare under penalty of perjury that the aforesaid is true and correct.

Signed by:

*Christian Ericson*

FE10AF51B8464A1...

Executed on _____8/4/2025_____        _____

**Christian Ericson**
Chief Financial Officer
Red Cat Holdings, Inc.