## **VERIFICATION**

      I, Geoff Hitchcock, am the Chief Revenue Officer for Red Cat Holdings, Inc. and am authorized to make this verification for and on Plaintiffs' behalf.  I declare that I have read the Verified Complaint and know the contents thereof.  I verify the matters and things set forth in Paragraph Nos. 34, 38-40, 56-63, 65-138, 152-156, 167-176, and 178-185 are true to the best of my knowledge, except as to those matters set forth upon information and belief and, as to those, I believe them to be true; however, in compiling information contained in the Verified Complaint, information has been supplied by others, and I am relying in part upon their representations.

      I declare under penalty of perjury that the aforesaid is true and correct.

Executed on 8/4/2025
                                                                                         **Geoff Hitchcock**
                                                                                          Chief Revenue Officer
                                                                                          Red Cat Holdings, Inc.