Adam R. Rosenthal
SHEPPARD MULLIN RICHTER & HAMPTON
12275 El Camino Real, Suite 100
San Diego, CA 92130
(858) 720-8900

# UNITED STATES DISTRICT COURT DISTRICT OF UTAH
# DISTRICT OF UTAH

**CASE NUMBER:** 2:25-CV-00646

RED CAT HOLDINGS, INC.; et al.     Plaintiff(s)

v.

GEORGE MATUS; et al.

Defendant(s)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
*(Use separate proof of service for each person/party served)*

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ Summons     ☐ First Amended Complaint     ☐ Third Party Complaint
   ☑ Complaint     ☐ Second Amended Complaint     ☐ Counter Claim
   ☐ Alias Summons     ☐ Third Amended Complaint     ☐ Cross Claim
   ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **George Matus**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served: **1733 E Murray Holladay Rd Apt C303
   Holladay, UT 841175581**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked):*

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☑ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. ☑ Papers were served on *(date):* **8/6/2025** at *(time):* **5:59 PM**

   b. ☐ By **Substituted Service.** By leaving copies:

   1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. ☐ Papers were served on *(date):* at *(time):*

   4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. ☐ **papers were mailed on**

   6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

# Nationwide Legal, LLC
1635 Broadway
Oakland, CA 94612
Phone: (510) 444-4690   Fax: (510) 444-4529

Continued from Proof of Service

**CLIENT:** SHEPPARD MULLIN RICHTER & HAMPTON

**CLIENT FILE #:** RED CAT HOLDINGS, INC. v. MATUS     **DATE:** August 8, 2025

**SUBJECT:** George Matus

```
Summons; Complaint; CIVIL COVER SHEET; RULE 7.1 CORPORATE DISCLOSURE
STATEMENT; PLAINTIFFS' MOTION FOREXPEDITED DISCOVERY; [PROPOSED]
ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITEDDISCOVERY;
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND COMBINED
MEMORANDUM IN SUPPORT; [PROPOSED] ORDER GRANTING PLAINTIFFS'MOTION
FOR PRELIMINARY INJUNCTION
```



d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      **Title of person served:**

      **Date and time of service:** *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **Danielle Cazier**
   **Nationwide Legal, LLC**
   **1635 Broadway**
   **Oakland, CA 94612**
   **(510) 444-4690**

   a. Fee for service: $ **577.76**
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :
      County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **August 8, 2025**   **Danielle Cazier**
*Type or Print Server's Name*           *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                                                                                            PAGE 2
SF278353

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah, Central Division

| | |
|---|---|
| RED CAT HOLDINGS, INC. and TEAL DRONES, INC.<br><br>*Plaintiff(s)*<br>v.<br>GEORGE MATUS and VECTOR DEFENSE, INC.<br><br>*Defendant(s)* | Civil Action No. 2:25-CV-00646 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  George Matus
1733 E. Murray Holladay Road, C303
Holladay, UT 84117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christina M. Jepson
Corey J. Hunter
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
cjepsen@parsonsbehle.com; chunter@parsonsbehle.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 8/05/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00646

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: