Christina M. Jepson (Utah Bar No. 7301)
Corey J. Hunter (Utah Bar No. 18964)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Tel: (801) 532-1234
Fax: (801) 536-6111
CJepson@parsonsbehle.com
CHunter@parsonsbehle.com

Adam R. Rosenthal (*Pro Hac Vice*)
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
12275 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 720-8900
Fax: (858) 509-3691
arosenthal@sheppardmullin.com

Victoria W. Hubona (*Pro Hac Vice*)
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (313) 499-6301
vhubona@sheppardmullin.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RED CAT HOLDINGS, INC. and TEAL DRONES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GEORGE MATUS and VECTOR DEFENSE INC., <br><br> Defendants. | **PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL DECLARATIONS IN ADVANCE OF THE OCTOBER 29, 2025 PRELIMINARY INJUNCTION HEARING** <br><br> Case No.  2:25-cv-00646-TS-JCB <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Jared C. Bennett |

Plaintiffs Red Cat Holdings, Inc. ("Red Cat") and Teal Drones, Inc. ("Teal") (together, "Red Cat/Teal") respectfully submit the attached Declarations to provide the Court with updated factual information relevant for purposes of the October 29, 2025 hearing (the "Hearing") on

-1-

their Motion for Preliminary Injunction (ECF 2) (the "Motion").

The Declarations of Jason Gunter (**Exhibit 1**) and Geoff Hitchcock (**Exhibit 2**) contain factual updates pertinent to the issues already before the Court. These developments have occurred since the filing of Red Cat/Teal's Complaint and Motion. In particular, these Declarations address, *inter alia*: (1) the current competitive landscape of the first-person view ("FPV") military drone market in which Red Cat/Teal and Vector compete; (2) current FPV sales forecast; (3) recent developments concerning Red Cat/Teal's FPV drone, FANG™; and (4) updates regarding Vector's business activities, including its contract to provide drones to the Department of Defense's Special Operations Command.

Because the Court has set the Hearing as a one-hour oral argument, Red Cat/Teal submit these Declarations in advance to ensure that the record accurately reflects current circumstances bearing on the requested injunctive relief. Red Cat/Teal believe that live testimony from Mr. Gunter and Mr. Hitchcock would further assist the Court's evaluation of the Motion by providing additional context that cannot be fully conveyed through written declarations.[1] Should the Court determine that witness testimony would be helpful, Red Cat/Teal are prepared to present Mr. Gunter and Mr. Hitchcock in person if practical or via remote video[2] at a date and time convenient for the Court and parties.

---

[1] As noted in their prior filings (*see* ECF 2, 49, 50), Red Cat/Teal believe an evidentiary hearing allowing witness testimony would assist the Court in evaluating the Motion. Accordingly, Red Cat/Teal previously contacted Defendants to explore a joint request that the Court allocate sufficient time at the Hearing for the presentation of live testimony. Defendants declined to join such request, indicating they did not believe witness testimony was necessary.

[2] Mr. Gunter and Mr. Hitchcock live in North Carolina and Oregon, respectively. Red Cat/Teal will work with each individual to secure their in-person attendance at any such further hearing. However, given their distance and personal responsibilities, Red Cat/Teal cannot confirm these witnesses' in-person attendance until a date and time are identified.

Red Cat/Teal submit Mr. Gunter's and Mr. Hitchcock's respective Declarations in good faith, solely to assist the Court by ensuring the record contains updated and current, relevant facts.

Dated: October 23, 2025

Respectfully submitted,

 /s/ Adam R. Rosenthal

Christina M. Jepson (Utah Bar No. 7301)
Corey J. Hunter (Utah Bar No. 18964)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Tel: (801) 532-1234
Fax: (801) 536-6111
CJepson@parsonsbehle.com
CHunter@parsonsbehle.com

Adam R. Rosenthal (*Pro Hac Vice*)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
12275 El Camino Real
Suite 100
San Diego, CA 92130
Tel: (858) 720-8900
Fax: (858) 509-3691
arosenthal@sheppardmullin.com

Victoria W. Hubona (*Pro Hac Vice*)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (313) 499-6301
vhubona@sheppardmullin.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, a copy of the foregoing document was filed via the Court's CM-ECF, which serves a copy on all counsel of record.

/s/ Victoria W. Hubona
One of the Attorneys for Plaintiffs