# Exhibit 1

Christina M. Jepson (Utah Bar No.
7301)
Corey J. Hunter (Utah Bar No. 18964)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Tel: (801) 532-1234
Fax: (801) 536-6111
CJepson@parsonsbehle.com
CHunter@parsonsbehle.com

Adam R. Rosenthal (*Pro Hac Vice*)
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
12275 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 720-8900
Fax: (858) 509-3691
arosenthal@sheppardmullin.com


Victoria W. Hubona (*Pro Hac Vice*)
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (313) 499-6301
vhubona@sheppardmullin.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RED CAT HOLDINGS, INC. and TEAL DRONES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GEORGE MATUS and VECTOR DEFENSE INC., <br><br> Defendants. | **DECLARATION OF JASON GUNTER IN ADVANCE OF PRELIMINARY INJUNCTION HEARING** <br><br> Case No. 2:25-cv-00646-TS-JCB <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Jared C. Bennett |

I, Jason Gunter, hereby declare under penalty of perjury, under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge and belief:

1. I am a resident of North Carolina. I am over the age of twenty-one (21) years. I have personal knowledge of all facts set forth in this declaration and would and could testify thereto if called upon.

2. Since January 2024, I have performed work for Red Cat Holdings, Inc. ("Red Cat") and Teal Drones, Inc. ("Teal") (together, "Red Cat/Teal"). I currently serve as Red Cat's Vice President of Technology and Innovation.

## HAMMER'S FIRST-TO-MARKET ADVANTAGE

3. In August 2025, Red Cat/Teal, with my help, began actively sourcing government and military contracts through our business contacts and connections for our first-person view ("FPV") drone, FANG™. We engaged in this work while awaiting a decision on our application for FANG's™ admission onto the Blue UAS Cleared List ("Blue List").

4. FANG™ is part of a "family" of drones that Red Cat/Teal designed, developed, and is working to sell to military and law enforcement agencies. This family of drones (referred to as the ARACHNID™ family of drones), provides warfighters and law enforcement agencies in the U.S. and allied countries a variety of drones that operate on the same platform and use the same control system to achieve different mission critical objectives, including short and long range reconnaissance and operations benefiting from a drone's optionally-lethal and single-use ("attritable") characteristics.

5.    FANG™ is the trade name of Red Cat/Teal's FPV drones, which currently include differently sized variants of FANG™.  On October 8, 2025, Red Cat/Teal publicly debuted FANG™ to the FPV market by announcing FANG™ F7, which is a seven-inch drone that is currently positioned for production at scale.  We expect FANG's™ ten-inch model to be ready for production at scale in November of this year.

6.    I am informed and believe based on Vector Defense, Inc.'s ("Vector") public statements, that Vector began publicly marketing and selling its own FPV drone, Hammer, at the beginning of July 2025, approximately three months prior to FANG's™ public market entrance.

7.    A drone manufacturer gains a significant advantage by bringing its drone first-to-market before its competitors.  The early entry allows the manufacturer to establish market share and obtain early adoption of its drone as a leader of a specific class (*e.g.*, FPV) of drones.  The manufacturer generates revenue while simultaneously collecting end-user feedback to refine and enhance further developments of its drone.  In other words, the manufacturer obtains relevant research and market insights from warfighters who use the drone on the battlefield, which serves to increase a drone's competitive advantage - all while earning revenue from the sale of the drone.  As the first-to-market manufacturer continues to increase its market share, earn revenue, and iterate its drone design to be the optimal drone within its class on the market, a competitor entering the commercial landscape after other manufacturers faces an uphill battle.  A manufacturer who enters the market early capitalizes on its data-driven refinements, which compound over time.  This helps solidify the manufacturer's dominance in the market and forces its competitors to be a step behind in both innovation and profitability.

8. A drone manufacturer becomes a market leader for a particular class of drones based on its market share and business relationships. These market leader factors benefit from the feedback loop a first-to-market drone manufacturer enjoys over its competitors. A drone manufacturer's business development team works directly with customers and engages in constant communications with its customers to serve as a resource, gather insight and feedback on its drone, and strengthen rapport between the manufacturer and the customer and end-user (*i.e.*, the warfighter). The customer invests time into working with a manufacturer to understand the drone, learn the drone's operating system, and share valuable intelligence regarding its current and future needs and desires for that particular drone class (and, at times, other drone classes). A manufacturer that enters early into a market covering a particular class of drones is able to solidify critical customer relationships by building trust and loyalty before its competitors even publicly announce their competitive drones.

9. Generally, I have observed that a customer is more likely to purchase additional drones from a manufacturer with whom it has formed a relationship on the basis of a prior drone purchase, where the manufacturer understands the customer's specifications and preferences, including its needs, wants, and pain points. These insights help a drone manufacturer shape its products to conform to the customer's specifications (that it largely learned through its relationship with the customer), essentially guaranteeing a return customer purchase. By relying on the same manufacturer for a new drone purchase rather than engaging a different manufacturer, the customer saves time, reduces costs, and benefits from a manufacturer who already understands its technical and operational landscape. It also eases the burden on a customer to operate all of its drones, regardless of class, on the same unified platform a single manufacturer offers.

10. Prior to its July 2025 public announcement of Hammer, Vector advertised to applicants that it was "on contract with government agencies." (*See* ECF 1, ¶ 177). In August 2025, Vector represented it already produced 50 units of Hammer and had a pending 100-unit order of Hammer drones from the U.S. government. (*See* ECF 30-2, ¶ 14). On September 3, 2025, Vector announced it raised over $61 million, closing its Series A financing round only fourteen months since Vector launched. (*See* **Exhibit A**, attached hereto). On September 12, 2025, Vector announced a multi-year, multi-million-dollar deal with Special Operations Command ("SOCOM") for its FPV drones. (*See* **Exhibit B**, attached hereto).

11. Based on these publicly revealed contracts alone (and without taking into account any other contracts Vector has not yet publicized), Vector has already earned considerable revenue based on its sale of Hammer (along with the Mace drone, a smaller version of Hammer). And, as mentioned above, through its early entrance into the FPV market, Vector has also obtained, and will continue to obtain, critical insight to help further refine and strengthen its drones' competitive advantages. The fact that Vector is already under contract for FPV drones is further evidence that Hammer is benefiting from its first-to-market status over FANG™, and is sprinting toward the market leader position.

12. The timing of Hammer's market entrance afforded it the catbird seat over FANG™ in the FPV military drone arena. Vector will continue to reap the benefits of these circumstances as it competes against other manufacturers, including Red Cat/Teal, for FPV contracts, including, ultimately, the U.S. Army's FPV Program of Record.

13. A U.S. Army "Program of Record" is an officially approved, funded, and managed acquisition program that has completed the necessary requirements and budgeting processes to

become a sustained part of the Army's long-term procurement and operational planning. Historically, the U.S. Army has instituted Programs of Record to identify and source the flagship-level drone(s) either falling into a specific drone class and/or featuring certain specified capabilities. Programs of Record are highly lucrative for the manufacturer selected as the winner of a specific Program. Moreover, the U.S. Army's selection of a drone manufacturer for a Program of Record essentially cements the winning drone as the industry benchmark for that drone class and provides it (and its manufacturer) built-in, perpetual market distinction that boosts sales.

**MR. MATUS'S AND VECTOR'S MISCONDUCT DELAYED FANG'S™ MARKET ENTRANCE**

14. I am confident that, but for George Matus's and Vector's misconduct, Red Cat/Teal would have released FANG™ to the market before Vector released Hammer.

15. In or around March 2024, Red Cat/Teal, with my and Mr. Matus's guidance and leadership, began actively working to develop FANG™. Starting in Q1 of 2024, Red Cat/Teal began working with a leading U.S.-based drone component manufacturer, Unusual Machines ("UMAC"), to develop a "White Label" version of FANG™. In the spring of 2024, this partnership evolved into Red Cat/Teal designing the FANG™ drone using UMAC's components.

16. Also in the spring of 2024, on behalf of Red Cat/Teal, I worked to obtain Major Force Programming ("MFP") Research, Development, Test, and Evaluation funding from the Marine Corps Warfighting Laboratory ("MCWL"). MCWL provided Red Cat/Teal the requested funding to be used toward Red Cat/Teal's FPV drone development.

17. Around the same time, in the spring of 2024, Red Cat/Teal also began exploring a partnership with Orqa Ltd. ("Orqa") to develop and manufacture an FPV drone using Orqa's then best-in-class FPV drone technologies – including advanced radios Orqa developed using its FPV

drone expertise attained through its work with the Ukrainian military in the ongoing war with the Russian Federation.

18. At the time, Mr. Matus, Geoff Hitchcock, Chris Rill, and I were part of Red Cat/Teal's leadership team, and we were directly involved in Red Cat/Teal's FPV work with Orqa. Additionally, out of this group, Mr. Matus and I actively engaged and oversaw Red Cat/Teal's FPV work with UMAC and MCWL, with occasional input from Mr. Hitchcock and Mr. Rill. Mr. Matus was one of few Red Cat/Teal employees who actively participated in, had a nuanced understanding of, and was in a position to make course-altering decisions concerning Red Cat/Teal's FPV work with UMAC, MCWL, and Orqa. Mr. Matus also directly worked on Red Cat/Teal's business strategy with respect to their development of an FPV drone.

19. Red Cat/Teal's work designing and developing an FPV drone for the U.S. military was influenced by insights we received from military stakeholders. Red Cat/Teal have dedicated time and effort to foster and maintain important relationships with senior military leaders. In 2024, a military leader (with whom Red Cat/Teal formed a relationship after investing time and resources to form and grown a business relationship) notified Red Cat/Teal executives that the U.S. Army was working on an FPV Program of Record to source and obtain FPV drones at scale. During the summer of 2024, the military leader provided Red Cat/Teal with information covering the FPV drone specifications that the U.S. Army would seek when evaluating FPV drones for its future FPV Program of Record (the "FPV Requirements"). Mr. Matus was one of a few Red Cat/Teal leaders who received the FPV Requirements. While not classified, the FPV Requirements were not publicized, and Red Cat/Teal always treated this information as valuable and confidential.

20.     The FPV Requirements virtually serve as blueprints for the development of an FPV drone competitively positioned for the U.S. Army's consideration through its future FPV Program of Record.  Such a drone necessarily enters the market with an elevated commercial profile compared to those drones not developed with the same understanding of the FPV Requirements. This information is precisely the type of coveted intel that drone manufacturers actively seek to acquire to benefit their new FPV drone designs, marketing, and competitive standing.

21.     Prior to obtaining the FPV Requirements, in or around June 2024, Mr. Matus began to intentionally slow FANG's™ progress with UMAC.  Mr. Matus informed me that he strongly recommended we reduce the pace of Red Cat/Teal's progress on their design and development of their own FPV drone using UMAC components.  Mr. Matus explained that before proceeding with our own FPV drone, he first wanted Red Cat/Teal to finish exploring a partnership with Orqa.

22.     Then, in or around August of 2024, Mr. Matus made the decision for Red Cat/Teal to pause work with UMAC altogether on the development of FANG™.  I recall Mr. Matus telling me and other Red Cat/Teal leaders that in order to bring the most successful FPV drone to market, we needed to focus our efforts on securing the Orqa partnership, and that we should not double-track building our own drone using UMAC's components.  Notably, before pausing the development of FANG™ using UMAC components and focusing solely on the Orqa partnership, we had finalized Red Cat/Teal's design of FANG™.  Mr. Matus, as part of Red Cat/Teal's senior leadership team and as Teal's CEO and Red Cat's CTO, played an important role in designing the FANG™ drone.

23.     Mr. Matus did **not** tell me or any other Red Cat/Teal leader that, at the same time he was tasked to lead Red Cat/Teal's efforts to bring a best-in-class FPV drone to market, he had

already joined Vector as its co-founder and CTO and planned to publicly resign from Red Cat/Teal months later. Had Mr. Matus been honest with me and other Red Cat/Teal leaders about his relationship with Vector, I would have insisted that he be cordoned off from Red Cat/Teal's drone design and development work. This would have included stripping Mr. Matus of his authority to make decisions on behalf of Red Cat/Teal with respect to our development of FANG™ and FPV-system technology (*e.g.*, FPV goggles and drone controllers).

**RED CAT/TEAL'S NEGOTIATIONS WITH ORQA REGARDING A POTENTIAL FPV PARTNERSHIP**

24. Pursuant to non-disclosure agreements between Orqa and Red Cat/Teal, Orqa shared with Red Cat/Teal, among other things, its FPV drone designs, components, price lists, and reasoning for it FPV design decisions (which, as stated earlier, was based largely on the actionable intelligence Orqa received from the Ukrainian military). Mr. Matus, who became the main point of contact on behalf of Red Cat/Teal with Orqa, received this sensitive information and actively communicated with Orqa regarding these topics to obtain a deeper understanding of Orqa's FPV drones, designs, capabilities, competitive advantages, and development.

25. Initially, Mr. Matus and I both communicated directly with Orqa's leadership team to discuss the outlines of the potential partnership. After a few weeks where Mr. Matus and I shared this responsibility, Mr. Matus stated he believed it made sense that he serve as Orqa's only primary point of contact with Red Cat/Teal. Thereafter, Mr. Matus became the central channel through which Red Cat/Teal obtained any insight into the progress on our potential deal with Orqa. Outside of a few general group emails with Orqa personnel, Mr. Hitchcock, Mr. Rill, and I relied on Mr. Matus for negotiation status updates.

26.     Again, to emphasize, had Mr. Matus been honest with me at the time and told me he had joined Vector, that Vector was or planned to be a military drone manufacturer, and he planned on resigning from Red Cat/Teal in the near future, I would have insisted that Red Cat/Teal immediately remove Mr. Matus from all drone design and development responsibilities. This would have covered the development of an FPV drone, including all negotiations with Orqa, which Mr. Hitchcock, Mr. Rill, or I would have taken over from Mr. Matus on behalf of Red Cat/Teal.

27.     Around August 2024, Mr. Matus stopped providing Mr. Hitchcock, Mr. Rill, and me regular updates on the Orqa deal. He also changed his communication style with Orqa entirely, switching from engaging in calls and video meetings to just text messages and emails. Out of nowhere, what seemed like a mutual sprint to close the deal between Red Cat/Teal and Orqa became a measured crawl. Mr. Hitchcock, Mr. Rill, and I expressed our concerns to Mr. Matus regarding the slowdown in negotiations with Orqa. In response to our concerns, Mr. Matus provided us vague information about why the Orqa deal was no longer heading towards a mutually-favorable outcome.

28.     I trusted Mr. Matus's intentions and loyalty to Red Cat/Teal, and I had confidence he would not do anything to compromise Red Cat/Teal's business. As a result, I saw no need to press him on my concerns regarding the potential deal with Orqa. In retrospect, I wish I had not been so trusting of Mr. Matus, as his actions at the time and since leaving Red Cat/Teal to publicly co-found a Red Cat/Teal competitor, Vector, and serve as its CTO, have demonstrated Mr. Matus's intentional misconduct to Red Cat/Teal's detriment.

29.     In or around the summer of 2024, Orqa learned its submissions for the Blue List were all rejected without reason. It is my understanding that, due to no fault of its own, Orqa had

unofficially been banned from the Blue List, which is why its drones had been rejected. This was confirmed a few months after Orqa's drones were declined admission to the Blue List when the Deputy Assistant Secretary of the Army for Acquisition, Logistics, and Technology officially halted all business with Orqa. Given our experience with the Blue List, Red Cat/Teal offered to help Orqa's drones obtain Blue List admission as part of the Red Cat/Teal and Orqa partnership. At the time, a drone's membership on the Blue List was required for a Department of Defense ("DoD") unit to purchase the drone. Orqa's admission onto the Blue List would necessarily help it sell its cutting-edge FPV drones at scale to the U.S. military.

30. In the fall of 2024, Mr. Matus notified me that the Orqa deal fell through. He provided no substantive explanation for why the deal would not proceed. Based on my proximity to the deal before Mr. Matus took over as Red Cat/Teal's lead negotiator, Mr. Matus's work on and communications regarding the deal, and the potential partnership's ultimate demise, I believe Mr. Matus caused the collapse of Red Cat/Teal's deal with Orqa. I further believe that Mr. Matus intentionally derailed Red Cat/Teal's potential partnership with Orqa in order to prevent Red Cat/Teal from entering the market with a best-in-class FPV drone.

31. After the Orqa deal collapsed and Mr. Matus notified Red Cat/Teal that he planned to resign to "join" Vector (which, on numerous occasions around that time, Mr. Matus told me was only a warfare-as-a-service business and would not design, develop, or manufacture drones), I worked to revive the Orqa deal. However, by early 2025, it became clear the Orqa deal as originally negotiated was no longer feasible.

## RED CAT/TEAL PIVOTED BACK TO DESIGNING FANG™

32.    In early 2025, I reassumed my role to lead Red Cat/Teal's efforts to bring the FANG™ FPV drone to market using UMAC components.

33.    Our current FANG™ FPV drone on the market is composed of UMAC components, and it is based on <u>the same drone design Red Cat/Teal created, of which Mr. Matus was directly a part, accessed, and had a deep familiarity</u>.  Mr. Matus was one of few individuals at Red Cat/Teal who knew FANG's™ design, the reasonings for FANG's™ underlying design choices, and FANG's™ specifications and capabilities.  Mr. Matus was also involved in Red Cat/Teal's discussions regarding how to price FANG™.

34.    Mr. Matus's decision to pause Red Cat/Teal's FPV work with UMAC in August 2024 setback Red Cat/Teal's development of FANG™ by approximately five critical months.  Had Mr. Matus not halted Red Cat/Teal's FPV work with UMAC, I am confident that Red Cat/Teal would have introduced FANG™ to market in or around April or May 2025, if not sooner.

35.    Additionally, if Mr. Matus had never slowed Red Cat/Teal's work with UMAC in June 2024, paused the same in August 2024, and then hindered their deal with Orqa, I believe FANG™ would have entered the market in January or February 2025.

36.    I understand Vector claims to have designed, developed, and manufactured its FPV drone Hammer in less than two weeks (from April 28, 2025 to May 9, 2025).  (*See* ECF 30-2, ¶ 13).  Based on my decades of experience in this industry, the only way Vector - a company that had never manufactured a drone before - could possibly achieve this tremendous feat (assuming this timeline is accurate) is by using Red Cat/Teal's confidential information and trade secrets from Mr. Matus and other former Red Cat/Teal employees.  Indeed, even the design, development, and

manufacture of an FPV drone in less than seven months would itself be an incredible accomplishment. I do not believe such rapid design, development, and manufacture of Hammer was possible absent Mr. Matus's and Vector's intentional misconduct and violations of the law.

37. Mr. Matus left Red Cat/Teal with a deep-seated understanding of relevant details regarding Red Cat/Teal's FANG™ (including its design), Orqa's FPV drones (including designs and pricing), and the U.S. Army's FPV Requirements, among other confidential information and trade secrets belonging to Red Cat/Teal that Mr. Matus obtained through his roles as Teal's CEO and Red Cat's CTO.

38. Additionally, Mr. Matus and Vector took the very Red Cat/Teal employees who could fast-track Vector's development of Hammer and delay Red Cat/Teal's development of FANG™. These employees include, but are not limited to, David Wishart (Drone Design Engineer), Jay Weight (Vice President of Drone Manufacturing), Alex Wishart (Senior Drone Technician), Ken Carignan (Electrical Drone Engineer), and Colby Whitney (Director of Drone Software Engineering). All of the preceding job titles identify the positions these individuals formally held while at Red Cat/Teal.

39. David Wishart worked directly with me on Red Cat/Teal's design, development, and manufacture of Red Cat/Teal's FPV drone. David Wishart drew FANG's™ design and created computer-aided design ("CAD") drawings of FANG™. David Wishart named his design drawings of FANG™ "Mjolnir." Mjolnir refers to the hammer belonging to Norse mythical thunder god, Thor. This is particularly noteworthy provided that Vector's FPV drone is named "Hammer" – a play on the very name that David Wishart assigned to the FANG™ design drawings he created in the course of his work for Red Cat/Teal.

-12-

40. David Wishart left Red Cat/Teal on or around March 28, 2025 to join Mr. Matus and Vector. Red Cat/Teal has come to learn that before he resigned from Red Cat/Teal, David Wishart attempted to delete electronic source files related to FANG™. Additionally, a proprietary chest mount designed specifically to hold Red Cat/Teal's drone controllers and certain files on which David Wishart worked disappeared after he left for Vector, and Red Cat/Teal have not been able to locate them since. Given the timing of his departure, his pre-departure conduct, and his employment with Vector, I strongly suspect that David Wishart misappropriated these Red Cat/Teal materials and property.

41. Mr. Carignan helped my team test Orqa's FPV drones and identify issues and areas of improvement with these systems. He, like David Wishart, left Red Cat/Teal on or around April 14, 2025 to join Mr. Matus at Vector days before the start of the less-than-two-week period during which Vector allegedly designed, developed, and manufactured Hammer.

42. Following the departures of David Wishart and Mr. Carignan, I recruited Mr. Whitney to help my team's FPV work. However, before Mr. Whitney could officially join my team, he resigned from and left Red Cat/Teal on or around May 16, 2025 to join Mr. Matus and Vector. At Red Cat/Teal, Mr. Whitney specialized in the development, integration, and maintenance of a drone's software and control systems to ensure all hardware components worked together reliably, securely, and efficiently.

43. One of Red Cat/Teal's other employees, Mr. Weight, was responsible for coordinating with all of Red Cat/Teal's suppliers and vendors to source necessary materials and components supporting our drone designs, developments, and manufacturing processes. Mr.

-13-

Weight forged relationships with these suppliers and vendors on behalf of Red Cat/Teal. Mr. Weight left Red Cat/Teal on or around April 23, 2025, to join Mr. Matus and Vector.

44. On or around May 2, 2025, Alex Wishart left Red Cat/Teal to join Mr. Matus and Vector. Alex Wishart, the brother of David Wishart, was responsible for Red Cat/Teal's hands-on assembly, testing, operations, and maintenance of their drones. Alex Wishart troubleshooted issues that arose with Red Cat/Teal's drones and complementary technology, and he provided technical guidance to Red Cat/Teal's drone engineers. Alex Wishart is extensively familiar with any and all faults in Red Cat/Teal's drone prototypes.

45. For several reasons, including my conversations with departing employees, the benefit the above-identified employees could provide Vector, and Mr. Matus's direct involvement in the employment details of these individuals while at Red Cat/Teal, I believe Mr. Matus engaged in conduct to encourage and cause these employees to leave Red Cat/Teal to join Vector.

46. Had Mr. Matus not breached his contractual non-competition obligations that he owed Red Cat/Teal, I believe Red Cat/Teal's FPV progress, both with Orqa and using UMAC parts, would have resulted in a few FPV drone variations that Red Cat/Teal would have brought to market under the FANG™ umbrella in early 2025. I also believe that had Mr. Matus not violated *any* provision contained in his Red Cat/Teal employment agreement, including his promise not to solicit Red Cat/Teal's employees, and had he and Vector not engaged in misconduct at Red Cat/Teal's expense, Vector's Hammer would not have been market-ready in July 2025.

**RED CAT/TEAL'S EFFORTS TO IMPROVE THE UNFAIR COMPETITIVE LANDSCAPE**

47. As a result of Mr. Matus's and Vector's misconduct, Hammer obtained an approximate three-month head start in the market over FANG™. Red Cat/Teal have undertaken

substantial efforts to make up for lost time, to position FANG™ on as equal of footing as Hammer, to maintain Red Cat/Teal's competitive edge, and to correct Vector's unfair market position and advantage. However, without Mr. Matus and Vector being permanently enjoined from marketing and selling Hammer, Red Cat/Teal will suffer ongoing commercial disadvantage, diminished market standing, and the loss of the benefits of its innovation, commercial relationships, and contractual commitments.

48.     Red Cat/Teal have made a concerted effort to identify and take advantage of opportunities serving to inch FANG™ closer towards market leader status in the FPV military drone market. One such endeavor included Red Cat/Teal's application for FANG™ to be included on the Blue List.

49.     In 2020, the Defense Innovation Unit, pursuant to a DoD initiative, launched the Blue List to identify and approve commercially available drones that meet the DoD's rigorous cybersecurity, supply chain, and operational standards.

50.     The Blue List provides a vetted, ready-to-procure catalog of drones that DoD units can purchase without conducting their own lengthy compliance and security reviews. This speeds up acquisition, ensures adherence to National Defense Authorization Act ("NDAA") and cybersecurity requirements, and gives commanders confidence that approved systems are both secure and mission-ready.

51.     In his July 10, 2025 memorandum titled "Unleashing U.S. Military Drone Dominance," Secretary of Defense Pete Hegseth rescinded two memoranda (a 2021 memorandum "Guidance for Procedures for the Operation and Procurement of UAS to Implement Section 848 of the NDAA for Fiscal Year 2020," and a 2022 memorandum "Exception to Policy

Requirement/or Blue Small Unmanned Aircraft System"). By rescinding those memoranda, we have come to understand that Secretary Hegseth removed the requirement that DoD units may only purchase drones (or "UASs" – unmanned aerial systems) that are on the Blue List.

52. While the Blue List remains intact and drones are expected to meet the standards the Blue List certifies, DoD units may now procure drones they determine comply with applicable statutes and requirements without being limited to the drones that have obtained Blue List status. This means that each individual military officer who is in charge of drone procurement must ensure compliance with the DoD's requirements.

53. Although official Blue List admission is no longer a prerequisite, Blue List-certified drones offer assured NDAA compliance, verified cybersecurity, and supply-chain transparency, enabling faster procurement and reliable operational performance not readily apparent in non-certified alternatives. A Blue List-certified drone takes the guesswork out of a military officer's procurement and minimizes the military officer's risk and liability.

54. On July 31, 2025, I submitted FANG™ for Blue List consideration. Pursuant to my recommendation, Red Cat/Teal agreed that obtaining Blue List status would provide Red Cat/Teal with some competitive leverage in the fiercely competitive FPV space.

55. I felt it was (and continue to believe it is) necessary to pursue any opportunity that affords FANG™ a potential advantage in the FPV market, such as Blue List clearance, due directly to Mr. Matus's and Vector's unfair competition, the timing of their unjust introduction of Hammer to the market, and their misconduct delaying FANG's™ market entrance. If Mr. Matus and Vector had not engaged in bad faith competition and misconduct, I would not have felt pressured to submit FANG™ for Blue List consideration when I did and could have focused my energy on finalizing

FANG™ and sourcing contracts for the drone. Given the importance of the benefit Blue List admission provides, I believed FANG's™ admission onto the Blue List was necessary to help correct the unfair advantage Vector and Mr. Matus obtained through Hammer.

56. Based on my industry experience, I believe a military officer deciding between a non-Blue List drone (*e.g.*, Hammer) and a Blue List drone (*e.g.*, FANG™) will more than likely opt for the Blue List drone.

57. Beginning in August of 2025, as FANG™ awaited the Blue List determination, I worked to finalize and prepare FANG™ for manufacture at scale and market entrance. At the same time, Red Cat/Teal worked to market and source early orders for FANG™ through their industry contacts.

58. On October 14, 2025, FANG™ was awarded Blue UAS clearance and is actively on the Blue List. FANG™ joins only three other FPV drones on the Blue List – Stinger Vision FPV and Seeker Vision FPV, both manufactured by ModalAI, and Overkill FPV, manufactured by Thunder Tiger Corporation.

59. Blue List-certification serves as a helpful feature to differentiate FANG™ from Hammer and soften the blow Mr. Matus's and Vector's misconduct has caused and will continue to cause, including through Hammer's first-to-market status over FANG™. Still, Blue List-certification cannot correct for all of Mr. Matus's and Vector's misdeeds to Red Cat/Teal's detriment, such as, for example, profiting off of Red Cat/Teal's trade secrets and confidential information (while devaluing the same), hindering Red Cat/Teal's operations and slowing their development and production of FANG™ as well as their other drones and technology by soliciting

and interfering with Red Cat/Teal's employment relationships, and depriving Red Cat/Teal of their goodwill, innovation, and strategic market leverage.

60. To further offset the unfair market gap between Hammer and FANG™, Red Cat/Teal have worked to find ways to distinguish FANG™ as a superior FPV drone in the arena. For example, on October 8 and 9, 2025, Red Cat/Teal competed in the national Drone Competition ("DCOMP") 2025 with FANG™. DCOMP bridges industry, academia, and the DoD to promote and showcase defense innovation through different competitions and challenges, with a focus on FPV drones. FANG™ and its flight operator won first place at DCOMP 2025. These competition-based achievements serve as important marketing points to promote FANG™ and gain a foothold in the market unfairly occupied by Hammer.

61. To further boost the market awareness and presence of FANG™, Red Cat/Teal financially contributed to sponsor DCOMP 2025. As a result, Red Cat/Teal served as a recognized partner of the competition, which was touted on DCOMP 2025's marketing materials and at the competition itself.

62. Red Cat/Teal are also dedicating resources to get in front of potential customers and showcase FANG's™ capabilities prior to these procuring entities even determining they have a need to purchase FPV drones. For example, Red Cat/Teal dedicated considerable time and effort to schedule and coordinate a demonstration of FANG™ before a number of non-DoD agencies set for the end of October 2025.

63. Although Red Cat/Teal have made a concerted effort to differentiate FANG™ as a formidable FPV competitor compared to Vector's Hammer, the reality is that Red Cat/Teal cannot correct for the benefits Mr. Matus and Vector unfairly obtained, and through which they will

continue to benefit, as a result of their wrongdoing. To illustrate, Red Cat/Teal cannot make up for lost time they were not actively competing for or winning FPV contracts due to Mr. Matus's and Vector's misconduct. Mr. Matus and Vector will continue to solidify their market advantage and continue to financially and operationally profit while simultaneously harming Red Cat/Teal through FANG's™ and Hammer's competition to be selected for upcoming forecasted drone procurement opportunities.

**MR. MATUS AND VECTOR WILL CONTINUE TO HARM RED CAT/TEAL**

64. In April 2025, the U.S. Army publicly issued a Sources Sought Notice to the drone industry for Purpose Built Attritable Systems covering FPV drones ("PBAS").

65. In the summer of 2024, Red Cat/Teal, including Mr. Matus, learned of the FPV Requirements for the U.S. Army's future FPV Program of Record.

66. PBAS is in the infancy of being the U.S. Army's Program of Record for FPV drones. PBAS has a funding line, but due to the ongoing federal government shutdown, the specifications of the Program have not been formalized. Therefore, there is currently no active, formal competition for PBAS. As soon as Congress restores federal funding, I anticipate PBAS will begin actively sourcing FPV drones to compete for the Program, using designated funding for the 2026 fiscal year.

67. During the week of August 11, 2025, PBAS hosted a demonstration for FPV drone manufacturers to showcase their FPV drones before the U.S. Army at Clarke Range, Alabama. This demonstration allowed FPV manufacturers to promote their drones while providing the U.S. Army insight into a sampling of the different FPV manufacturers and the capabilities of their

drones. This was not part of the competition for PBAS, nor was demonstration required for a manufacturer to compete for PBAS once formal competition begins.

68. Red Cat/Teal did not showcase FANG™ at the August 11, 2025 PBAS demonstration. Due to the above-mentioned delays and interference caused by Mr. Matus and Vector, FANG™ was not finalized at the time submissions for the demonstration were due in May 2025. Red Cat/Teal would have unquestionably showcased FANG™ at the demonstration if Mr. Matus and Vector had not engaged in their misconduct that hindered Red Cat/Teal's FPV drone work and finalization. The demonstration would have served as an opportunity to showcase FANG™ to some of the future decision-makers for PBAS once competition is formally underway. Instead, Hammer obtained these benefits offered by the demonstration.

69. The U.S. Army is expected to host formal PBAS competitions in the next several months. Unless circumstances that cannot currently be anticipated interfere with our plans, Vector and Red Cat/Teal will compete against one another for PBAS once formal competition begins.

70. Aside from PBAS, Vector and Red Cat/Teal will continue to compete against each other for other FPV contracts.

71. As I explain in more detail below, Red Cat/Teal will be harmed by every drone contract for which they compete with Vector and/or which Vector obtains regardless of whether Red Cat/Teal actively compete for the contract.

72. I understand Mr. Matus's competition with Red Cat/Teal prior to and after departing Red Cat/Teal is in violation of his contractual obligations, including (a) his obligations with respect to not working with, or providing services to, a drone business for one year post-employment, (b) his obligations not to cause Red Cat/Teal employees to leave Red Cat/Teal for

one year post-employment, and (c) his obligations not to use or share any of Red Cat/Teal's confidential and proprietary information.

73.     Red Cat/Teal will never be capable of completely recovering from the insights, development feedback, relationships, and competitive advantage Mr. Matus and Vector obtained as a result of their unfair competition with Red Cat/Teal. These are not one-off benefits; instead, they cumulate and continue to benefit Mr. Matus and Vector as they constitute the foundation of Hammer's advantageous market position.

74.     Red Cat/Teal also feel the harm caused to their operations, marketing efforts, and sales by Mr. Matus's and Vector's wrongdoing where Mr. Matus and Vector improperly took a significant portion of Red Cat/Teal's experienced drone employees, benefit from a wealth of knowledge of Red Cat/Teal's trade secrets covering FPV drone designs, pricing, and plan – not only through Mr. Matus, but also the Red Cat/Teal employees Mr. Matus improperly solicited – and rely upon and exploit the relationships formed on behalf of Red Cat/Teal through Red Cat/Teal's significant investment of resources and time.

75.     For each drone contract Vector unfairly secures, it is exceedingly difficult at this stage to isolate the precise revenue attributable to each of Mr. Matus's and Vector's wrongdoings, as opposed to revenue generated through their legitimate business activities. Presently, Red Cat/Teal's harm is incapable of monetary quantification with reasonable precision.

76.     Each improperly obtained contract further cements Hammer's superior market position over FANG™. This harm cannot be accurately measured, nor can it be undone.

77.     Red Cat/Teal will continue to suffer as a result of Mr. Matus breaching, and continuing to breach, his Red Cat/Teal employment agreement and Mr. Matus and Vector

engaging in unfair competition as they develop, market, and sell drones unfairly taking advantage of Red Cat/Teal's relationships, goodwill, confidential information, and trade secrets (among other things).

78.     Aside from injunctive relief, I do not see a reasonable path forward that prevents Red Cat/Teal's further irreversible harm caused by Mr. Matus and Vector until a trial on this matter occurs.

Signed by:

CC0DE3016B844E4...

10/23/2025

_____
**Jason Gunter**

_____
**Date**

# Exhibit A

To Declaration of Jason Gunter



🏷️Business, Company News, Defence, Defense

Vector

# VECTOR ANNOUNCES CLOSING OF SERIES A FINANCING ROUND: $61 MILLION RAISED IN 14-MONTH PUSH



*Modern Warfare as-a-Service*

[PRESSWIRE] SALT LAKE CITY, Utah — 03 September, 2025 — Vector, a modern-warfare capability provider, today announced it closed its Series A culminating in $61 million raised in just over a year since founding. Vector is proud to announce a syndicate led by Pelion Venture Partners, Harpoon Ventures, Point72 Ventures, Lightspeed Venture Partners, Run Ventures, Dauntless Ventures, GSB Backers, Alumni Ventures, Kickstart Fund, Shield Capital, R7, Cambria Group, and Stony Lonesome Group.

Andy Yakulis, CEO and co-founder of Vector and Stanford Business School graduate, made the following statement on the announcement:

"I am so grateful for the conviction from the team at Pelion, Point72, Lightspeed, Harpoon, and across our syndicate. Their foresight and trust in the patriots at Vector demonstrates that the problem of relevant modern warfare capability delivery is one that demands a company that can move fast enough with credibility to provide capability, not trinkets or demos. Vector is that company, and we are here to serve."

Adversaries like China, Iran, and North Korea are racing to develop extraordinary modern warfare capabilities at a scale unfamiliar to too many American companies. President Trump's One Big Beautiful Bill, Defense Secretary Pete Hegseth's Unleashing U.S. Military Drone Dominance, and the initial FY 2026 Budget discussions make it clear the US government will need a company like Vector to deliver on the scale and nature of attritable unmanned systems that can perform on the modern battlefield.

Background:

- Vector was recently awarded the Under Secretary of Defense for Research and Engineering's Top Gun Trophy, a recognition that highlights the company's leadership in advancing innovative defense technologies and its commitment to delivering cutting-edge solutions to America's warfighters.
- In July, Vector launched the Hammer, the first-to-market FPV with fiber optic integration. The Vector Hammer is designed for large-scale manufacturing and will be produced at the company's cutting-edge manufacturing facility in Utah.

About Vector:

Vector is a mission-driven defense technology company focused on delivering battlefield-ready solutions. Founded by elite military veterans and technologists, Vector bridges the gap between innovation and deployment, offering modern warfare-as-a-service enabling the US Military to outpace and outmatch advanced adversaries. With a team that includes former special operations leaders and pioneering drone engineers, Vector is committed to reclaiming American tech superiority by equipping warfighters with the tools and insights needed to dominate modern battlefields.

RECLAIMING AMERICAN TECH SUPERIORITY | tfvector.com

**Media Contact: contact@tfvector.com**

###

ARKLYZ ACQUIRES GABOR, STRENGTH


**Presswire**

📍 UK: 1 St Peter Street, London. United Kingdom

📍 US: Suite #234, 8549 Wilshire Blvd, Beverly Hills, California. 90211



𝕏    🔊

© 2025 Presswire Limited. All rights reserved.

ARKLYZ ACQUIRES GABOR, STRENGTH

# Exhibit B

To Declaration of Jason Gunter


🏷️Business, Company News, Defence, Technology

Vector

# VECTOR ANNOUNCES MULTI-MILLION DOLLAR CONTRACT WITH SPECIAL OPERATIONS COMMAND



[PRESSWIRE] SALT LAKE CITY, Utah — 12.09.25 — Vector, a modern-warfare capability provider, today announced a multi-year, multi-million dollar contract with the Special Operations Command (SOCOM) to provide drones, critical integration, and broader capability delivery at the speed of the modern battlefield. This contract is a recognition of Vector's product quality, and the expert nature of the people who deliver systems and training in the form of integration.

This partnership with SOCOM is a sign of the Department of War's commitment to transform and be ready for the range of conflict possibilities in the 21st Century. The contract is also a sign that SOCOM sees Vector as the chosen capability provider for America's most elite warfighters. Vector could not be more proud to fulfill this recognition and deliver on the commitment to serve America's finest.

Vector recently announced it closed its Series A, culminating in $61 million raised in just over a year since founding.

Andy Yakulis, CEO and co-founder of Vector and Stanford Business School graduate, made the following statement on the announcement:

*"Vector is honored to have been awarded this significant contract with Special Operations Command. This is a testament to the trust our partners place in Vector and the dedication of our entire team. This achievement reflects our continued commitment to delivering excellence, innovation, and value to the warfighter at every step."*

**Background:**

- Vector was recently awarded the Under Secretary of War for Research and Engineering's Top Gun Trophy, a recognition that highlights the company's leadership in advancing innovative defense technologies and its commitment to delivering cutting-edge solutions to America's warfighters.
- In July, Vector launched the Hammer, the first-to-market FPV with fiber optic integration. The Vector Hammer is designed for large-scale manufacturing and will be produced at the company's cutting-edge manufacturing facility in Utah.

**About Vector:**

Vector is a mission-driven defense technology company focused on delivering battlefield-ready solutions. Founded by elite military veterans and technologists, Vector bridges the gap between innovation and deployment, offering modern warfare-as-a-service enabling the US Military to outpace and outmatch advanced adversaries. With a team that includes former special operations leaders and pioneering drone engineers, Vector is committed to reclaiming American tech superiority by equipping warfighters with the tools and insights needed to dominate modern battlefields.

RECLAIMING AMERICAN TECH SUPERIORITY | tfvector.com

###

contact@tfvector.com

**TURE WITH APEX GALLERY AT FORMULA 1 UNITED STATES GRAND PRIX**                    **CA**

*Presswire*

⚲ UK: 1 St Peter Street, London. United Kingdom

⚲ US: Suite #234, 8549 Wilshire Blvd, Beverly Hills, California. 90211

𝕏  🔊



© 2025 Presswire Limited. All rights reserved.

'TURE WITH APEX GALLERY AT FORMULA 1 UNITED STATES GRAND PRIX          CA